IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STYMIELOCK, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HORNE BROTHERS CONSTRUCTION, INC. )<br>)<br>Defendant ) | Case No. 3:06-cv-00097-H |

PERMANENT INJUNCTION

This matter coming on to be heard and being heard on application of the parties for entry of a permanent injunction by this court as a part of the settlement of this civil action, and it appearing to the Court that the Defendant has consented to entry of this permanent injunction, and that entry of this permanent injunction is in the interest of justice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Defendant, its officers, agents, servants, employees and attorneys, affiliated entities and all others in active concert or participation with the defendant who receive actual notice of this injunction are hereby permanently enjoined from infringing, contributing to the infringement of, or inducing infringement of United States Letters Patent No. 5,868,015.

This Court shall retain jurisdiction over the subject matter of this civil action for the enforcement of this permanent injunction, and for all other proceedings related to this civil action.

SO ORDERED:

This the 7th day of June, 2006.

_____
Judge Carl Horn, III
United States Magistrate Judge


Consented to:

_____
Horne Brothers Construction, Inc.

By: _____

Its: _____